JANUARY 6, 2012

No. 10–1018.  FILARSKY *v.* DELIA.  C. A. 9th Cir.  [Certiorari
granted, 564 U. S. 1066.]  Motion of the Solicitor General for leave
to participate in oral argument as *amicus curiae* and for divided
argument granted.

U. S. 1052.] Motion of Natural Resources Defense Council et al. for leave to file a brief as *amici curiae* granted.